UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENO GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF DINUBA, UNKNOWN DINUBA POLICE OFFICER, and DOES 1-10,<br><br>  Defendants. | Case No. 1:17-cv-00097-LJO-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE<br><br>(ECF No. 23) |

On February 16, 2018, the parties filed a stipulation to dismiss this action with prejudice and with each party agreeing to a mutual waiver of costs, including attorneys' fees. (ECF No. 23). In light of the stipulation, the case has ended. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

  Dated: **February 20, 2018**         /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1